EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT C...
DISTRICT OF HAWAII

JAN 26 2005

at __ o'clock and 14 m __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05-00046 SOM |
| Plaintiff, | |
| vs. | INDICTMENT<br>[21 U.S.C. §§ 846, 841] |
| MOSES SANDOVAL, JR.,     (01)<br>CARLOS ALBERTO GARCIA,  (02) | |
| Defendants. | |

SEALED
BY ORDER OF THE COURT

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a time unknown up through and including on or about August 29, 2003, in the District of Hawaii and elsewhere, Defendants MOSES SANDOVAL, JR. and CARLOS ALBERTO GARCIA and others, known and unknown to the Grand Jury, did knowingly and

intentionally conspire to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately twelve pounds, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about August 25, 2003, Defendants MOSES SANDOVAL, JR. and CARLOS ALBERTO GARCIA travelled on Delta Airlines to Honolulu, Hawaii from Los Angeles, California.

2. On or about August 28, 2003, Defendant MOSES SANDOVAL, JR. mailed several boxes via federal express containing methamphetamine from Honolulu, Hawaii to Downey, California.

3. On or about August 28, 2003, Defendants MOSES SANDOVAL, JR. and CARLOS ALBERTO GARCIA travelled on Delta Airlines from Honolulu, Hawaii to Los Angeles, California.

4. On or about August 29, 2003, Defendant CARLOS ALBERTO GARCIA received the boxes containing methamphetamine in California and handled their contents.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges:

On or about August 28, 2003, in the District of Hawaii, defendants MOSES SANDOVAL, JR. and CARLOS ALBERTO GARCIA, knowing and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: January 26, 2005 at Honolulu, Hawaii

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

U.S. v. Moses Sandoval, Jr., et al.
Cr. No. _____
Indictment