# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00046 SOM |
| MOSES SANDOVAL, JR. (01) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MOSES SANDOVAL, JR. (01) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

| | |
|---|---|
| Conspiracy to distribute and possess with intent to distribute methamphetamine, Schedule II | CT 1 |
| Possess with intent to distribute methamphetamine, Schedule II | CT 2 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2007

at 2 o'clock 10 min PM
SUE BEITIA

SEALED BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) and 841(b)(1)(A) and 841(a)(1) and 841(b)(1)(A).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | January 26, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL      By: Kevin SC Chang, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7/10/05 | for C/CA | |